**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Deutsche Bank National Trust Company, <br><br> Plaintiff <br><br> v. <br><br> SFR Investments Pool 1, LLC, et al, <br><br> Defendant | 2:17-cv-01166-JAD-CWH <br><br> **Order Directing Clerk of Court to Accept Security of Costs Under NRS 18.130** <br><br> [ECF No. 5] |

SFR Investments Pool 1, LLC demanded that plaintiff Deutsche Bank National Trust Company, an out-of-state resident, post a cost bond under NRS 18.130(1).[1] The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500.[2] Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited.[3] If the bond is not posted within 30 days of the demand, the defendant may move for dismissal.[4]

Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that SFR's Demand for Security of Costs **[ECF No. 5] is GRANTED**; **the CLERK OF COURT is directed to accept the deposit of $500.00 from plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff in the event that the cost bond is presented for deposit. Plaintiff must bring a copy of this order to the Clerk's office when making this deposit. IT IS FURTHER

---

[1] ECF No. 5.

[2] Nev. Rev. Stat. 18.130(1).

[3] *Id*.

[4] Nev. Rev. Stat. 18.130(4).

ORDERED that this case is stayed by operation of NRS 18.130(1) until the $500 is deposited.

DATED: June 1, 2017

_____
Jennifer A. Dorsey
United States District Judge