MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-16 ASSET-BACKED CERTIFICATES SERIES 2006-16,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01166-JAD-DJA<br><br>**STIPULATION AND ORDER TO RELEASE BOND**<br><br>ECF No. 76 |

Defendant SFR Investments Pool 1, LLC demanded plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16 post a cost bond pursuant to NRS 18.130(1) [ECF No. 5]. This court thereafter ordered Deutsche Bank to post a $500 bond [ECF No. 8]. A $500 cash deposit was subsequently made by Akerman LLP on behalf of Deutsche Bank [ECF No. 9]. The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

…

…

1

57202938;1

On April 7, 2020, the court entered a judgment [ECF No. 62], closing this case. As this matter is now concluded, the court will refund to Akerman LLP, on behalf of Deutsche Bank, the $500.00 security bond, plus interest.

The parties stipulated to a voluntarily dismissal of this appeal on February 23, 2021. On February 23, 2021, the United States Court of Appeals for the Ninth Circuit issued a mandate dismissing the appeal [ECF No. 72], closing this case. As this matter is now concluded, the parties stipulate and agree that the court will refund to Akerman LLP, on behalf of Deutsche Bank, the $500.00 security bond, plus interest.

| DATED: March 12, 2021. | DATED March 12, 2021. |
|---|---|
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Melanie D. Morgan* | */s/ Jacqueline A. Gilbert* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16* | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>JASON G. MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

Based on the parties' stipulation **[ECF No. 76]** and good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court is directed to disburse the full bond amount and interest payable to:

>Akerman LLP
>1635 Village Center Circle, Suite 200
>Las Vegas, Nevada 89134

on behalf of Deutsche Bank.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 16, 2021

57202938;1